IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE DIVISION)

IN RE:

STEPHEN L. SCHULTZ        *     CASE NO.     3:09-BK-7020
                                 *

      DEBTOR

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MOTION TO CONVERT CASE TO CHAPTER 13

Stephen L. Schultz, by his undersigned attorney, moves pursuant to 11 U.S.C. §1112(d) to convert this case to one under Chapter 13 of the Bankruptcy Code; and further states:

1.     The debtor has not been discharged under 11 U.S.C. §1141(d).

2.     Conversion of this case is in the best interest of creditors and the estate.

/s/ Wendell Finner
WENDELL FINNER, Florida Bar No. 0093882
340 Third Avenue South, Suite A
Jacksonville Beach, Florida  32250-6767
(904) 242-7070
(904) 242-7054 FAX

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2010, a copy of the foregoing was sent by the Electronic Case Filing system to the United States Trustee, 135 W. Central Blvd., Orlando, FL. 32802 and to Tiffany L. Safi, Esquire, 136 E. Bay Street, Suite 301, Jacksonville Florida 32202.

/S/ Wendell Finner